**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

ANTOINE JONES,

       Plaintiff - Appellant,

v.

SARA M. REVELL, et al.,

       Defendants - Appellees.

No. 11-1294
(D.C. No. 1:10-CV-00726-REB-BNB)

---

**ORDER**

---

Briefing on the merits is **TOLLED** pending further order of this court.

In a June 14, 2011 Order, the district court adopted the magistrate judge's recommendation and dismissed without prejudice the civil rights action filed by Plaintiff Antoine Jones, a federal prisoner. Plaintiff Jones, proceeding *pro se*, appeals.

The filing fee in this civil appeal has not been paid. Pursuant to the Prison Litigation Reform Act ("PLRA"), prisoners initiating civil actions and appeals must pay the full amount of the filing fee. *See* 28 U.S.C. § 1915(b)(1). PLRA further provides that

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U. S. C. § 1915(g).

Prior to filing the present appeal, Appellant-Plaintiff Jones has filed at least three or more civil actions, while incarcerated or detained, that were dismissed as frivolous, malicious, or failing to state a claim for which relief could be granted. *See Jones v. Delaney*, 610 F.Supp.2d 46 (D.D.C. 2009) (dismissed for failure to state claim under 28 U.S.C. § 1915A); *Jones v. Lieber*, 606. F. Supp.2d 53 (D.D.C. 2009) (dismissed for failure to state claim under 28 U.S.C. § 1915(e)(2)(B)(ii)); *Jones v. Horne*. No. 07-CV-1300, 2008 WL 2202375 (D.D.C. May 27, 2008) (dismissed under *Heck v. Humphrey*, 512 U.S. 477 (1994)); *Jones v. Gikas*, No. 07-CV-1068, 2008 WL 22022664 (D.D.C. May 27, 2008) (same); *Jones v. Kirchner*, No. 07-CV-1063, 2008 WL 2202220 (D.D.C. May 27, 2008) (same); and *Jones v. Yanta*, No. 07-CV-1172, 2008 WL 2202219 (D.D.C. May 27, 2008) (same). Consequently, the filing restrictions imposed by 28 U.S.C. § 1915(g) are applicable to Appellant Jones.

Within ***21 days*** of the date on this order, Appellant-Plaintiff Jones must *show cause* in writing *why* this appeal should not be dismissed for failure to prepay the full filing fee as required by 28 U.S.C. § 1915(g), or *why*, citing to specific legal authority, the provisions of the Prisoner Litigation Reform Act do not apply in this appeal.

Appellant-Plaintiff Jones is ***warned*** that failure to respond to this show cause order

*will* result in dismissal of this appeal without further notice from the court. *See* 10th Cir. R.

42.1.


Entered for the Court
Elisabeth A. Shumaker, Clerk

Kathleen T. Clifford
Attorney - Deputy Clerk