

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

PRO SE DOCKETING STATEMENT

**INSTRUCTIONS:** Appellant must complete the entire docketing statement form and attach copies of the following documents: (1) the notice of appeal; (2) the order or judgment being appealed; and (3) any written findings, conclusions or order of the trial court relating to the order of judgment being appealed. The completed docketing statement, together with the attachments, must be filed with the clerk of the court of appeals within 14 days after filing the notice of appeal. A copy of the completed docketing statement, with attachments, must be served on all opposing parties or their counsel. Proof of service must be provided. You must complete the certificate of service which is part of this form.

1. Your name, address, including registration number if applicable: Antoine Jones (18600-016) U.S.P Florence, PO 7000, Florence CO 81226

2. Title and number of district court case: Jones v Revell, no. 10-cv-00726-REB-BNB

3. Name of the district court: U.S. District Court - District of Colorado (Denver)

4. The dates on which the district court order and your notice of appeal were filed: 6/29/2011

5. Type of action:

    _____ habeas corpus

    _____ § 2255 motion

    _____ motion to reduce sentence

    ✓ civil action for damages

    _____ other [specify] _____

6. State briefly the relief you requested in the district court and the reasons why you are entitled to such relief: I Am Requesting to proceed in FoRmA pauperis because I only Have two strikes sence I Am not bARRed under Heck v Humphrey. I got my conviction over turn. see united States v mAynARd F3D NOS. 08-3030-3034, 210

7. State briefly the reasons why you feel the decision of the district court should be reversed: On August 6 2010, on direct Appeal, the Appeal court reverse my conviction. The District court's dismissal of my Action based on Heck no Longer can stand, in light of the conviction's Reversal. (now my four dismissal due to Heck Rule, should be Reinstated.)

8. Did you have a hearing in the district court? no

Antoine Jones
Signature

July 5 2011
Date

## CERTIFICATE OF SERVICE

I, **Antoine Jones** [appellant/petitioner] hereby certify that on **July 5 2011** [date] I served a copy of the foregoing **Pro Se Docketing Statement,** to:

**Ms Benedict J Garcia** [appellee/respondent or attorney therefor], at **1225 seventheeth st suite 700, Assistant United States - Denver, CO-80202**, the last known address/email address by **Institution mailing** [state method of service].

**Antoine Jones**
Signature

Dated signed

Antoine Jones 18600-016
USP Florence
PO Box 7000
Florence CO 81226
[Full name and address of person completing service]