# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| ANTOINE JONES,<br>    Plaintiff -Appellant,<br>vs.<br>SARA M. REVELL,<br>BLAKE DAVIS,<br>J.M. WILNER,<br>CHARLES DANIEL,<br>J.C. HOLLAND,<br>L.J. MUSINIC, and<br>TERESA MONTOYA,<br><br>    Defendants- Appellees, | CASE NO. 11-1294 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES. IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.**

In accordance with 10th Cir. R. 46.1., the undersigned attorney(s) hereby appear as counsel for,

BLAKE DAVIS and CHARLES DANIEL, in their official capacities
**(Party or Parties)**

DEFENDANTS - APPELLEES, in the subject case,
**(Appellant/Petitioner or Appellee/Respondent)**

\_\_\_\_ Further, in accordance with 10th Cir. R. 46.1.3., the undersigned certifies as follows: **(Check one.)**

    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

 X   There are no such parties, or any such parties have heretofore been disclosed to the court.

PAUL FARLEY, Assistant United States Attorney
**Name of Counsel**

*s/Paul Farley*
**Signature of Counsel**

Office of the United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202    (303) 454-0100
USACO.ECFAppellate@usdoj.gov
**Mailing Address and Telephone Number**

 

**Name of Counsel**

 

**Signature of Counsel**

 

**Mailing Address and Telephone Number**

hereby certify that a copy of this Entry of Appearance was filed using the CM/ECF system, and a copy will be sent via U.S. mail postage pre-paid to the following on   July 14, 2011.


To:    Antoine Jones
Registration No. 18600-016
U.S.P. Florence High
P.O. Box 7000
Florence, CO. 81226                        *s/Paul Farley*
(*See* Fed. R. App. P. 25(b))                        **(Signature of Counsel)**

Appellate Case: 11-1294   Document: 01018675850   Date Filed: 07/14/2011   Page: 2

**A-5**  Entry of Appearance Form  9/97

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing

### ENTRY OF APPEARANCE

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, TREND MICRO Office Scan for Windows, Version 8.0, Engine Version 9.205.1002, Virus Pattern File 8.285.00, dated 7/12/11, and according to the program are free of viruses.


    *s/Dorothy Burwell*
U.S. Attorney's Office

**A-5**  Entry of Appearance Form  9/97