## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 27, 2011

Douglas E. Cressler
Chief Deputy Clerk

Mr. Paul Farley
Mr. J. Benedict Garcia
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. Antoine Jones
USP - Florence High
P.O. Box 7000
Florence, CO 81226
#18600-016

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:      11-1294, Jones v. Revell, et al**
          Dist/Ag docket: 1:10-CV-00726-REB-BNB

Dear Counsel, Appellant and Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of
the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds